UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRAD HARRIS                                    CIVIL ACTION

VERSUS                                         NUMBER: 06-4162

BURL CAIN, WARDEN                              SECTION: "I"(5)

<u>**O R D E R**</u>

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Brad Harris, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 7th day of May, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE